JOEHAU COLLAZO, Respondent, v METROPOLITAN SUBURBAN BUS AUTHORITY et al., Appellants, et al., Defendants.

Submitted February 22, 2010; decided April 29, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RICHARD DOIN et al., Respondents, v CHAMPLAIN BLUFFS DEVELOPMENT CORPORATION, Appellant, et al., Defendants.

Submitted February 16, 2010; decided April 29, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JOHN GIORDANO, Appellant, v MARKET AMERICA, INC., et al., Respondents.

Decided April 29, 2010

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.